## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| BAHEYA ELZAYAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES, U. S. | ) | |
| DEPARTMENT OF JUSTICE, CHAD WOLF, in | ) | |
| his Official Capacity as acting Secretary of U.S. | ) | |
| Department of Homeland Security, KENNETH T. | ) | |
| "KEN" CUCCINELLI, in his Official Capacity as | ) | |
| acting Director of United States Citizenship and | ) | |
| Immigration Services, ERIN FATICA in her | ) | |
| Official Capacity as acting Tampa Field Office | ) | |
| Director of the United States Citizenship and | ) | |
| Immigration Services, WILLIAM A. BARR, in | ) | |
| his Official Capacity as Attorney General | ) | |
| for the United States, | ) | |
| | ) | |
| Defendants. | ) | |
| | / | |

### COMPLAINT FOR INJUNCTIVE RELIEF

NOW COMES the Plaintiff BAHEYA ELZAYAT and complains of the Defendants as follows:

### NATURE OF THE ACTION

Plaintiff BAHEYA ELZAYAT brings this action to challenge the denial of her Form 1-539, Application to Extend/Change Nonimmigrant Status with U.S. Citizenship and Immigration Services (USCIS), and to enjoin the USCIS from removing her from the country during the COVID 19 pandemic.

## PREFATORY STATEMENT

1.      On August 26, 2019, Plaintiff filed her Form 1-539, Application to Extend/Change

Nonimmigrant Status Services (USCIS).

2.      On April 10, 2020, the application was denied. See Exhibit A.

3.      On April 30, 2020, through counsel, Plaintiff submitted her I-290B Notice of Appeal or

Motion, asking the USICS to reconsider its decision of April 10, 2020. Received May 4, 2020 by

USCIS. See Exhibit B.

4.      As reason for reconsider, Plaintiff attached her affidavit which explains that she is a

national and citizen of Egypt. That she is 83 years old and with Alzheimer and other age-related

diseases.

5.      She further explains that because of the ongoing pandemic caused by COVID-19, there are

no flights to Egypt and that there are severe travel restrictions for individuals coming from the

United States.  In addition, she explains that her nephew was supposed to accompany her on her

travel back to Egypt but that because of the COVID-19 restrictions, he cannot do so. See Exhibit

C.

6.      Despite this plea for understanding and discretion, the USCIS denied the I-290B on July

29, 2020.

## NATURE OF ACTION

7.      Plaintiff, BAHEYA ELZAYAT, is 83-year-old national and citizen of Egypt.

8.      She entered the US on or about March 9, 2019 on a visitor visa.

9.      Since the denial of her I-539, on April 10, 2020, the spread of the global pandemic COVID-

19 has made it impossible for her to leave the US and travel to her home country of Egypt without

exposing her to potential lethal consequences.

## THE PARTIES

1.      Plaintiff, BAHEYA ELZAYAT, is a National and citizen of Egypt currently in the United States.

2.      The Defendant ERIN FATICA is the acting Field Office Director of the USCIS Tampa Field Office. This suit is brought against Director Fatica in her official capacity, as plaintiff's application is within her office's jurisdiction.

3.      The Defendant KENNETH T. "KEN" CUCCINELLI is the acting Director of USCIS. This suit is brought against Director Cuccinelli in his official capacity, as USCIS is the component of DHS that is responsible for adjudicating plaintiff's application.

4.      The Defendant CHAD WOLF is the acting Secretary of Homeland Security. This suit is brought against Secretary Wolf in his official capacity, as he is charged with overseeing the actions of DHS, including its adjudication of plaintiff's application.

5.      The Defendant WILLIAM A. BARR is the Attorney General. This suit is brought against Attorney General Barr in his official capacity, as applicants for extension of status request must establish eligibility to the satisfaction of the Attorney General.

## JURISDICTION AND VENUE

19.      This case arises under the United States Constitution; the INA, 8 U.S.C. § 1101 et seq.; and the APA, 5 U.S.C. § 701 et seq. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1361, and 2201–2202.

20.      There exists an actual and justiciable controversy between Plaintiff and Defendants requiring resolution by this Court. Plaintiff has no adequate remedy at law.

21.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district

where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred.

22.     Plaintiff submitted her I-539 application as a resident of the Tampa Field Office, which is located within this judicial district and division.

## CLAIM FOR RELIEF
### Injunctive Relief

23.     Plaintiff repeats and incorporates by reference each and every allegation contained in paragraphs 1 through 22 as if fully set forth herein.

24.     On April 10, 2020 the USICS denied Plaintiff's I-539 Application and on July 29, 2020, her Motion to Reopen was denied, rendering plaintiff in the U.S. without a legal status.

25.     Due to the spread of the global pandemic of COVID-19 and the handling of the crisis by the United States, several countries, including Egypt have imposed strict travel restrictions on people leaving the United States.

26.     According to the United States' State Department, and the Center for Disease Control (CDC) people should not travel to Egypt because of the risk of COVID-19. See Exhibit C and Exhibit D, respectively.

27.     In addition, the flights from the United States to Egypt in most cases require multiple stops even before COVID-19. See Exhibit D.

**Irreparable Injury**

28.     If plaintiff is forced to leave the United States, either voluntarily or forced by the Immigration and Customs Enforcement agency, there is a real chance that she will be exposed to COVID-19 with deadly consequences.

29.     Any exposure to COVID-19 to a woman of 83 years old will most likely lead to irreparable physical and mental injuries, and possible death.

30.     In addition, as things are currently, it is impossible for plaintiff to leave the country.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully ask this Court to issue judgment in her favor and against Defendants, and to grant the following relief:

A.  An injunction enjoining USCIS from proceeding with any removal proceedings against Plaintiff until the United States State Department and the CDC deems it safe to travel to Egypt and until the Country of Egypt allows travelers to enter the country.

B.  Grant such other and further relief as this Court deems proper under the circumstances.

Respectfully submitted this 2nd day of September 2020.

By counsel,

*Morten B. Christoffersen*

Morten B. Christoffersen
Trial Counsel for Plaintiff
FL Bar No.: 045651
Center for U.S. Immigration Services
4002 W. Waters Ave. Suite 5
Tampa, FL 33614
Ph: 813-298-7222
Fax: 813-200-1020
morten@cfuis.com

## CERTIFICATE OF SERVICE

On September 2, 2020, I, Morten B. Christoffersen, Counsel for Plaintiff and the undersigned, served copies of the Complaint on each person/entity listed below by certified mail, return receipt requested and addressed as follows:

**Civil Process Clerk**
United States Attorney
400 North Tampa Street
Suite 3200
Tampa, FL 33602

**William A. Barr**
in his official capacity as Attorney General
for the United States U.S. Department of
Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**Chad Wolf**
in his official Capacity as acting
Secretary of Department of Homeland
Security,
Office of the General Counsel
3801 Nebraska Avenue NW.
Washington, DC 20016

**U.S. DEPARTMENT OF HOMELAND
SECURITY**
3801 Nebraska Avenue NW.
Washington, DC 20016

**Erin Fatica**
In her official capacity as the Tampa Field
Office Director, USCIS
5629 Hoover Boulevard
Tampa, FL 33634

**Kenneth T. "Ken" Cuccinelli**
in his Official Capacity as acting Director
of United
States, Citizenship and Immigration
Services
20 Massachusetts Ave. NW.
Washington, DC 20008

**UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES**
20 Massachusetts Ave NW
Washington, DC 20008

**U.S. DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2020 at Tampa, Florida.

*Morten B. Christoffersen*
Morten B. Christoffersen
Attorney at Law