Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 07, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2091117127 | May 04, 2020 | 1 of 1 |
| | | **DATE OF BIRTH** |

BAHEYA H. ELZAYAT
C/O MARTINS I. IMUDIA CENTER FOR US IMMIGRATION
PO BOX 152581
TAMPA, FL 33684

11 00003175

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $675.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19