# Egypt Travel Advisory

Travel Advisory
August 6, 2020

Egypt - Level 4: Do Not Travel



Do not travel to Egypt due to COVID-19.

The Centers for Disease Control and Prevention (CDC) has issued a Level 3 Travel Health Notice for Egypt due to COVID-19.

Read the Department of State's COVID-19 page before you plan any international travel.

Travelers to Egypt may, should circumstances change, experience airport limitations, curfews, business closures, and other emergency conditions within Egypt due to COVID-19. Visit the Embassy's COVID-19 page for more information on COVID-19 in Egypt.

Exercise increased caution in Egypt due to terrorism and the Embassy's limited ability to assist dual national U.S.-Egyptian citizens who are arrested or detained.

Do not travel to:

- The Sinai Peninsula (with the exception of travel to Sharm El-Sheikh by air) due to terrorism.
- The Western Desert due to terrorism.
- Egyptian border areas due to military zones.

Terrorist groups continue plotting attacks in Egypt. Terrorists may attack with little or no warning, and have targeted diplomatic facilities, tourist locations, transportation hubs, markets/shopping malls, western businesses, restaurants, resorts, and local government facilities. Terrorists have conducted attacks in urban areas, including in Cairo, despite the heavy security presence. Terrorists have targeted religious sites, to include mosques, churches, monasteries, and buses traveling to these locations.

Due to risks to civil aviation operating within or in the vicinity of Egypt, the Federal Aviation Administration (FAA) has issued a Notice to Airmen (NOTAM) and/or a Special Federal Aviation Regulation (SFAR). For more information U.S. citizens should consult the [Federal Aviation Administration's Prohibitions, Restrictions and Notices](#).

Local law prohibits protesting or demonstrating without a permit. Being near anti-government protests can draw scrutiny from Egyptian police and security forces. U.S. citizens have been detained for participating in protests and for posting content on social media perceived as critical of Egypt or its allies.

The U.S. Embassy may have a limited ability to provide consular services to dual U.S.-Egyptian citizens. Egyptian law considers dual citizens to be Egyptian citizens.

Read the [country information page](#).

If you decide to travel to Egypt:

- See the [U.S.](#) Embassy's web page regarding COVID-19.
- Visit the CDC's webpage on [Travel and COVID-19](#).
- Stay alert in locations frequented by Westerners.
- Avoid demonstrations and crowds.
- Obtain comprehensive medical insurance that includes medical evacuation.
- Enroll in the [Smart Traveler Enrollment Program (STEP)](#) to receive Alerts and make it easier to locate you in an emergency.
- Follow the Department of State on [Twitter](#) and [Facebook](#).
- Review the [Crime and Safety Report](#) for Egypt.
- U.S. citizens who travel abroad should always have a contingency plan for emergency situations. Review the [Traveler's Checklist](#)

situations. Review the Traveler's Checklist.

**Sinai Peninsula - Do Not Travel:**

The Sinai Peninsula remains a particularly dangerous area, with frequent attacks on security forces and civilians.

The U.S. government has limited ability to provide emergency services to U.S. citizens anywhere in the Sinai Peninsula as U.S. government employees are not authorized to travel to these areas (with the exception of the beach resort of Sharm El-Sheikh; travel to Sharm El-Sheikh is only permitted by air).

Visit our website for Travel to High-Risk Areas.

*Last Update: Reissued with updates to COVID-19 information*.